

**SID L. HARLE**
DISTRICT JUDGE
226th JUDICIAL DISTRICT

BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA, SUITE 2081
SAN ANTONIO, TEXAS 78205-3014

36,036-03



RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 20¹⁵

Abel Acosta, Clerk

March 6, 2015

The Court of Criminal Appeals of Texas
Capitol Station
P.O. Box 12308,
Austin, Texas  78711

      Re:    Ex parte Ruben Navarro
             Appellate case number:  WR-36,036-03
             Trial court case number. 1993-CR-4509B

To the Honorable Court of Criminal Appeals:

On December 10, 2014, the Court of Criminal Appeals ordered the 226th District Court to have a hearing in which the complainant, from a case that was heard in the Applicant's parole revocation hearing, would testify and the Court would make findings as to the credibility of that complainant with regards to the complainant's recantation of the testimony that he gave at the parole hearing. The complainant failed to appear after being served with a subpoena. A writ of attachment was issued for the complainant but the Bexar County Sheriff's Office, who was to execute the attachment, has informed the Court that it was told by an unidentified employee from the Bexar County District Attorney's Office to stop looking for the complainant. Because of this issue, the Court, out of necessity, has had to reissue the writ of attachment and has reset the hearing for March 19, 2015 at 9:00 a.m.

By this letter, the Court is respectfully requesting an extension until April 19, 2015 to comply fully with the Court's order. This Court does not request this extension solely for the purpose of delay. Thank you for your consideration.

Sincerely,

Judge Sid Harle
226th District Court